IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD SAULS, SR. | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. JFM03CV446 |
| ACandS, INC., et al., | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF FILING OF STATE COURT PAPERS**

Defendant Hopeman Brothers, Inc. ("Hopeman"), by its attorneys, files this Certification of Filing of State Court Papers pursuant to Rule 103.5.a of the Rules of the United States District Court for the District of Maryland and states as follows:

1. On February 28, 2003, Defendant's counsel reviewed a copy of the electronic docket entries for <u>Sauls v. ACandS, Inc., et al.</u>, which was pending in the Circuit Court for Baltimore City, Maryland as Case Number 24X97150503. A copy of the print-out of the "Documents Filed by Case" report from CourtLink copied on February 28, 2003 is attached hereto as Exhibit A.

1. Upon review of the docket entries, it appeared that the following documents had been filed in the Circuit Court for Baltimore City.

    (1) Plaintiffs' Amendment By Interlineation to Add Defendant Kaiser Aluminum and Chemical Corporation and Line to Request Summons filed January 18, 2002;

    (2) Plaintiffs' Amendment By Interlineation to Add Defendants Amchem Products, Inc., Union Carbide Corporation, Pfizer Inc, Dana Corporation and Certainteed Corporation and Line to

Request Summonses filed January 18, 2002;

(3) Hopeman Brothers, Inc.'s Notice of Filing of Notice of Removal and exhibits filed February 19, 2003;

3. The Short Form Asbestos Complaint filed in this case was attached as Exhibit 1 to the Notice of Removal filed with this Court on February 19, 2003. This Complaint has not been filed on CourtLink.

4. The state court pleadings listed above are attached hereto as Exhibit B.

WHEREFORE, Hopeman Brothers, Inc. hereby certifies that all filings in the Circuit Court for Baltimore City action have been or are herewith filed in the United States District Court for the District of Maryland.

/s/
David W. Allen (#00208)
Michael A. Pichini (#26342)
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410) 783-4000
Fax: (410) 783-4040

Attorneys for Defendant, Hopeman Brothers, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2003, a copy of the foregoing Certification of Filing of State Court Papers, was served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

                                                            _____/s/_____
                                                            David W. Allen

463988v1

**EXHIBIT A**

**Build Reports**

Select Report: | Documents By Case ▼ |   Refresh

## Documents Filed By Case Report
Report Created: Friday, February 28, 2003 12:30:30 PM

Back

| | | |
|---|---|---|
| **Court:** Baltimore City Circuit Court | **Judge:** Heller, Ellen | **eFile Live Date:** 7/9/2001 |
| **Division:** N/A | **Case Number:** 24X97150503 | **Documents Filed:** 4 |
| **Case Type:** Personal Injury-Asbestos | **Case Name:** Sauls, Edward Sr vs A C and S Inc CX-948 | **Date Range:** All |

1 through 4 of 4

| ▲Authorized Date | Authorizing Attorney | Organization | Document Title | Filing Type | Filing Option | Filing ID | Judicial Action | Linked |
|---|---|---|---|---|---|---|---|---|
| 1/18/2002 3:26:40 PM | William C Burgy | Nicholl, Peter T | Plaintiffs Amendment by Interlineation to Add Defendant Kaiser Aluminum and Chemical Corporation and Line to Request Summons | Amended Complaint | File And Serve | 496291 | N/A | |
| 1/18/2002 3:27:59 PM | William C Burgy | Nicholl, Peter T | Plaintiffs Amendment by Interlineation to Add Defendants Amchem Products Inc Union Carbide Corporation Pfizer Inc Dana Corporation andCertainteed Corporation and Line to Request Summonses | Amended Complaint | File And Serve | 496307 | N/A | |
| 2/19/2003 12:32:04 PM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Filing of Notice of Removal | Notice | File And Serve | 1428699 | N/A | |
| 2/19/2003 12:32:04 PM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Removal of Civil Action | Exhibits | File And Serve | 1428699 | N/A | |

1 through 4 of 4


LexisNexis CourtLink

Back

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD SAULS, SR. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM03CV446 |
| ACandS, INC., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit B, which is an attachment to Hopeman Brothers, Inc.'s Certification of Filing of State Court Papers, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing of this Notice, I will file and serve paper copies of the document identified above.


Date: 03/20/03                     /s/
                                   David W. Allen (#00208)
                                   Goodell, DeVries, Leech & Dann, LLP
                                   One South Street, 20th Floor
                                   Baltimore, MD 21202
                                   Phone: (410) 783-4000
                                   Fax: (410) 783-4040

                                   Attorney for Defendants, HOPEMAN BROTHERS, INC.

463988v1