IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| EDWARD SAULS, SR. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JFM03CV446 |
| ACandS, INC., et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 20, 2003, was mailed, via first class mail, postage prepaid, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Mauricio E. Barreiro, Esquire
15 E. Chesapeake Avenue
Towson, MD 21204

Donald S. Meringer, Esquire
McCarter & English, LLP
300 E. Lombard Street, Suite 1000
Baltimore, MD 21202

John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, MD 21204

Steven J. Parrott, Esquire
Parrott & Donahue
18 West Street
Annapolis, MD 21401

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp, PA
110 St. Paul Street, Suite 300
Baltimore, MD 21202

Date: 03/20/03                                             /s/
David W. Allen (#00208)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
Phone:  (410) 783-4000
Fax:  (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

463988v1